Edwards et al., Appellants, *v.* Memorial
Theater, Inc.

Argued November 11, 1971. *Ralph J.
McAllister,* with him *McAllister & McAllister,* for appellants; *David F. Alpern* and *G. W. Wilde,* with them
*Alpern & Alpern,* for appellees.

Judgment affirmed.

SPAULDING, J., absent.

First Federal Savings and Loan Association of
Wilkinsburg *v.* Hartford Fire Insurance
Company.

Argued
November 9, 1971. *Samuel P. Gerace,* with him *Jones,
Gregg, Creehan and Gerace,* for appellant; *Robert F.
McCabe, Jr.,* with him *Frank W. Thompson,* for appellee.

Judgment affirmed.

SPAULDING, J., absent.